UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV989 RWS |
| | ) |
| DON ROPER, et al. | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to reinstate his complaint against defendants Timothy Williford and Charles Wigger. The Court previously dismissed plaintiff's complaint without prejudice as to these two defendants on June 23, 2005 for failure to obtain timely service. At that time, plaintiff had incorrectly identified these defendants as Timothy Willford and Unknown Wiggins, so defense counsel had refused to accept service for these defendants. Defense counsel has now informed plaintiff of the correct spelling of their names and also apparently informed him that these defendants remain current employees of the Missouri Department of Corrections. Therefore, I will grant plaintiff's motion to reinstate his complaint as to Timothy Williford and Charles Wigger and direct the Clerk of the Court to issue process as to these two defendants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reinstate his complaint as to defendants Timothy Williford and Charles Wigger [#30] is granted, and the Clerk of the Court shall cause process to issue on the complaint as to these two defendants.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2005.