UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV989 RWS |
| | ) |
| DON ROPER, et al. | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel discovery responses. Because defendants served their responses to plaintiff's discovery requests within the time limits permitted by the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#42] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2006.