UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV989 RWS |
| | ) |
| DON ROPER, et al. | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's "Motion I Ask this Court to Return my Exhibit Docketment's Back to Me that I sent to this Court to File Because of Special Circumstances" and "Emergency Motion of Directing of Plaintiff Motion and Attach Exhibits He Sent to This Court on January 6, 2006." In these motions, plaintiff asks the Court to return his "Motion to Withstand Defendants' Motion for Their Rule 56(c) Summary Judgment Motion," his "Motion for Leave Because of Special Circumstances for Court to Fax a Copy of Plaintiff's Motion to Withstand Defendants' Motion for Summary Judgment to Defendants' Lawyer" and all exhibits filed in support of these motions so that he may now respond to the defendants' summary judgment motion. Because these documents are part of the Court file, I cannot order the return of plaintiff's original motions and exhibits. I will, however, direct the Clerk of the Court to send plaintiff a copy of the requested

documents.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion I Ask this Court to Return my Exhibit Docketment's Back to Me that I sent to this Court to File Because of Special Circumstances" [#50] and "Emergency Motion of Directing of Plaintiff Motion and Attach Exhibits He Sent to This Court on January 6, 2006" [#54] are granted in part only, and the Clerk of the Court shall send plaintiff a copy of his "Motion to Withstand Defendants' Motion for Their Rule 56(c) Summary Judgment Motion" [#48], together with all attachments, and his "Motion for Leave Because of Special Circumstances for Court to Fax a Copy of Plaintiff's Motion to Withstand Defendants' Motion for Summary Judgment to Defendants' Lawyer" [#47], together with all attachments.  In all other respects, plaintiff's motions are denied.

**IT IS FURTHER ORDERED** that plaintiff is granted an extension of time, up to and including **March 10, 2006**, to file his memorandum in opposition to summary judgment, and defendants may file any reply brief in support of their motion for summary judgment by **March 24, 2006.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2006.