UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV989 RWS |
| | ) |
| DON ROPER, et al. | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for an extension of time to file supplemental materials in support of his opposition to summary judgment. I have already granted plaintiff numerous extensions of time to respond to summary judgment, and in my last Order I specifically warned plaintiff that no further extensions of time would be granted. Plaintiff requests a three-week extension to provide legal support in opposition to summary judgment. In the interests of justice, I will provide plaintiff one more extension of time to supplement his opposition to summary judgment. Plaintiff will be granted an extension of time, up to and including June 2, 2006, to supplement his opposition with additional materials. **Plaintiff must serve any supplemental opposition on opposing counsel.** Defendants may file any supplemental reply brief in support of summary judgment by **June 12, 2006. No further extensions of time will be granted to plaintiff.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [#62] is granted only as follows: plaintiff shall file any supplemental materials in opposition to summary judgment by **June 2, 2006. No further extensions of time will be granted.**

**IT IS FURTHER ORDERED** that defendants shall file any additional reply brief in support of summary judgment by **June 12, 2006.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2006.