UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARVIN LOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:04CV989 RWS |
| | ) |
| DON ROPER, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants shall have summary judgment on all § 1983 claims raised in plaintiff's complaint, and plaintiff shall take nothing on his § 1983 claims.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any state law claims raised in plaintiff's complaint are dismissed without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2006.